IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Gallegos Sr, Raul | Case Number: 07 B 20562 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 12/02/08 | Filed: 11/2/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 21, 2008
Confirmed: January 8, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 4,944.00 | |
| Secured: | | 2,475.84 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,174.00 |
| Trustee Fee: | | 294.16 |
| Other Funds: | | 0.00 |
| Totals: | 4,944.00 | 4,944.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | McGrath & Velazquez | Administrative | 2,174.00 | 2,174.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Honor Finance | Secured | 1,976.03 | 750.61 |
| 4. | Countrywide Home Loans Inc. | Secured | 996.00 | 73.06 |
| 5. | Countrywide Home Loans Inc. | Secured | 22,525.55 | 1,652.17 |
| 6. | Sprint | Unsecured | 153.71 | 0.00 |
| 7. | SBC | Unsecured | 231.18 | 0.00 |
| 8. | IL Emergency & Occupation Medical Spec | Unsecured | 92.80 | 0.00 |
| 9. | Quest Diagnostics Inc | Unsecured | 44.80 | 0.00 |
| 10. | Honor Finance | Unsecured | 337.81 | 0.00 |
| 11. | RJM Pathology Consultants, LTD | Unsecured | 223.50 | 0.00 |
| 12. | Quest Diagnostics Inc | Unsecured | 27.00 | 0.00 |
| 13. | Special Care Orthopedics | Unsecured | 22.46 | 0.00 |
| 14. | Nicor Gas | Unsecured | 336.00 | 0.00 |
| 15. | Ncns | Unsecured | 44.59 | 0.00 |
| 16. | Mimit PC | Unsecured | 361.20 | 0.00 |
| 17. | CBCS | Unsecured | 50.00 | 0.00 |
| 18. | KCA Financial Services | Unsecured | 88.00 | 0.00 |
| 19. | Gottlieb Memorial Hospital | Unsecured | 609.76 | 0.00 |
| 20. | National Geographic Service | Unsecured | 27.00 | 0.00 |
| 21. | AT&T Wireless | Unsecured | 2,271.92 | 0.00 |
| | | | $ 32,593.31 | $ 4,649.84 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Gallegos Sr, Raul

Printed: 12/02/08

Case Number:  07 B 20562
Judge:  Goldgar, A. Benjamin
Filed:  11/2/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 133.48 |
| 6.5% | 160.68 |
| | $ 294.16 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

